# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# KEY WEST DIVISION

## CASE NO. 07-10028-CR-KING/McALILEY

UNITED STATES OF AMERICA,

v.

ORLANDO GARCIA,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the September 13, 2012 Report and Recommendation ("R&R") of Magistrate Judge Chris McAliley (DE #40), recommending that Defendant Garcia's Motion for Modification of Sentence Pursuant to title 18 U.S.C. 3582(c)(2), In Light of amendment 750 of the U.S.S.G. Made Retroactive per 1B1.10 (DE #32) be denied. More specifically, upon an analysis of the amended sentencing guidelines, the R&R recommends that the Court not exercise its discretion to reduce Defendant Garcia's sentence by the one month difference between the bottom of the guidelines and Defendant's current sentence. (DE #40).

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

    1.    Magistrate Judge Chris McAliley's September 13, 2012 Report and

Recommendation **(DE #40)** be, and the same is, hereby **AFFIRMED and ADOPTED**.

2. Defendant Orlando Garcia's Motion for Modification of Sentence Pursuant to title 18 U.S.C. 3582(c)(2), In Light of amendment 750 of the U.S.S.G. Made Retroactive per 1B1.10 **(DE #32)** be, and the same is, hereby **DENIED.**

3. This case is hereby **DISMISSED with prejudice.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of September, 2012.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

cc:
Magistrate Judge Chris McAliley

Counsel of record

**Orlando Garcia, Defendant**
90654-000
FCC Coleman-Medium
P.O. Box 1032
Coleman, FL 33521-1032